

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00120-CV

**IN THE INTEREST OF R.A.G.C.**, et al., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-00860
Honorable Martha B. Tanner, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: November 19, 2014

REVERSED AND REMANDED

The parties have filed a joint motion asking this court to reverse the judgment of the trial court and to remand the case to the trial court for entry of an agreed judgment. The parties also request that we order the mandate issued immediately. The motion is granted. As agreed by the parties, without consideration of the merits, we reverse the trial court's judgment, and remand the case to the trial court for entry of a final judgment pursuant to the parties' mediated settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). Costs of the appeal are to be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d). The Clerk of this court is directed to issue the mandate immediately upon issuance of this opinion and judgment. *See* TEX. R. APP. P. 18.1(c).

PER CURIAM